AUSA




UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'07 MJ 8893

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | Magistrate Case No.: |
| v. | COMPLAINT FOR VIOLATION OF |
| Jose Antonio VILLALOBOS Defendant. | 21 U.S.C. § 952 and 960 Importation of a Controlled Substance (Felony) |

The undersigned complainant being duly sworn states:

That on or about October 31, 2007, within the Southern District of California, defendant Jose Antonio VILLALOBOS did knowingly and intentionally import approximately 28.04 kilograms (61.68 pounds) of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Douglas A. Struckmeyer
Special Agent
U.S. Immigration & Customs Enforcement

SWORN TO, BEFORE ME, AND SUBSCRIBED IN MY PRESENCE THIS 1st DAY OF NOVEMBER, 2007.

PETER C. LEWIS
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Jose Antonio VILLALOBOS

STATEMENT OF FACTS

This complaint is based upon the personal observations, investigation and information provided to U.S. Immigration and Customs Enforcement Special Agent Douglas Struckmeyer.

On October 31, 2007, Jose Antonio VILLALOBOS entered the United States at the Calexico, CA West Port of Entry. VILLALOBOS was the sole occupant driver and registered owner of a 1999 Ford Windstar. Customs and Border Protection Officer (CBPO) R. Villegas took a negative Customs declaration from VILLALOBOS. CBPO Villegas referred the vehicle to secondary where CBPO Valenzuela conducted a further search of the vehicle. During the search, CBPO Valenzuela requested the assistance of Canine Enforcement Officer (CEO) A. Gonzalez.

CEO Gonzalez had his Narcotic Detector Dog (NDD) screen the Ford. The NDD alerted to the odor of controlled substances in the dashboard area of the Ford. CBPO Valenzuela continued to search the vehicle and eventually discovered a false compartment built into the floor and firewall area of the vehicle. Inside the compartment CBPO Valenzuela discovered twenty-one (21) bundles of white powder. A sample of the powder field-tested positive for cocaine. CBPO Valenzuela arrested VILLALOBOS for importation of a controlled substance. The total weight of the packages was 28.04 kilograms.

VILLALOBOS was advised of his rights per Miranda. VILLALOBOS stated he understood his rights and was willing to answer questions without the presence of an attorney. VILLALOBOS gave numerous regarding his reason for going to Mexico, purchase of the vehicle and how he crossed into the United States.