FILED

07 NOV 23 PM 4:59

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ pdv _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>JOSE ANTONIO VILLALOBOS,<br><br>          Defendant. | Criminal Case No. 07 CR 3220 IEG<br><br>I N D I C T M E N T<br><br>Title 21, U.S.C., Secs. 952 and 960 - Importation of Cocaine;<br>Title 21, U.S.C., Sec. 841(a)(1) - Possession of Cocaine with Intent to Distribute |

The grand jury charges:

Count 1

On or about October 31, 2007, within the Southern District of California, defendant JOSE ANTONIO VILLALOBOS did knowingly and intentionally import 5 kilograms and more, to wit: approximately 28.04 kilograms (61.68 pounds) of cocaine, a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//
//
//
//

CJB:em:Imperial
11/21/07

<u>Count 2</u>

On or about October 31, 2007, within the Southern District of California, defendant JOSE ANTONIO VILLALOBOS did knowingly and intentionally possess, with intent to distribute, 5 kilograms and more, to wit: approximately 28.04 kilograms (61.68 pounds) of cocaine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: November 28, 2007.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
CARLA J. BRESSLER
Assistant U.S. Attorney

2